[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 17-13388
Non-Argument Calendar

————————————————

D.C. Docket No. 8:16-cr-00020-EAK-TBM-3

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HAMILTON NOLBERTO CONTRERAS LOPEZ,

Defendant - Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida

————————————————

(February 21, 2018)

Before WILSON, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Darlene Calzon Barror, appointed counsel for Hamilton Nolberto Contreras Lopez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Contreras Lopez's conviction and sentence are **AFFIRMED**.